IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**



JAN 2 2 2014

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| BIG SKY BREWING COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> ANHEUSER-BUSCH, LLC; <br> ANHEUSER-BUSCH COMPANIES, LL; <br> and ANHEUSER-BUSCH, <br> INCORPORATED, <br><br> Defendants. | CV 13–307– M–DWM <br><br><br> ORDER |

Plaintiff Big Sky Brewing Company has filed a notice of voluntary

dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure to

voluntarily dismiss the above-captioned matter without prejudice.  (Doc. 4.)  The

above-named defendants in this case have not been served with the Complaint and

Summons, and have not otherwise filed an answer or motion in this action.

Accordingly, IT IS ORDERED that the above-captioned cause is

DISMISSED WITHOUT PREJUDICE.

Dated this 22nd day of January, 2014.

Donald W. Molloy, District Judge
United States District Court